CA05-220ML

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

September 15, 2005

Stephen R. Ludwig, Clerk
315 Robert A. Grant Federal Building
& United States Courthouse
204 South Main Street
South Bend, IN 46601

FILED
SEP 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Re: MDL-1700 -- In re FedEx Ground Package System, Inc., Employment Practices Litigation (No. II)

(See Attached Schedule CTO-1)

Dear Mr. Ludwig:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 30, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Mecca Carter
Mecca S. Carter
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Robert L. Miller, Jr.
Transferor Judge: (See Attached List of Judges)
Transferor Clerk: (See Attached List of Clerks)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 30 2005

FILED
CLERK'S OFFICE

# *DOCKET NO. 1700*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION (NO. II)*

*(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL TRANSFER ORDER (CTO-1)*

On August 10, 2005, the Panel transferred 15 civil actions to the United States District Court for the Northern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Robert L. Miller, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Indiana and assigned to Judge Miller.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Indiana for the reasons stated in the order of August 10, 2005, ____F.Supp.2d____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Robert L. Miller, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Indiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 15 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
# DOCKET NO. 1700
# IN RE FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION (NO. II)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MASSACHUSETTS | |
| ~~MA 1 05-10976~~ | ~~Ronald Perry, et al. v. FedEx Ground Package System, Inc.~~ Opposed 9/15/05 |
| MISSISSIPPI NORTHERN | |
| MSN 2 05-142 | Theodore Fleming, Jr., et al. v. FedEx Corp., et al. |
| NEW JERSEY | |
| NJ 1 05-2930 | Michael Tofaute, et al. v. FedEx Ground Package Systems, Inc. |
| OREGON | |
| OR 3 05-1127 | Edward Slayman v. FedEx Ground Package System, Inc. |
| PENNSYLVANIA EASTERN | |
| PAE 2 05-3836 | Derek D. Willis v. FedEx Ground Package Systems, Inc., et al. |
| PENNSYLVANIA WESTERN | |
| PAW 2 05-1015 | Jeffrey Hart v. FedEx Ground Package System, Inc. |
| RHODE ISLAND | |
| RI 1 05-220 | Raymond Tierney, et al. v. FedEx Ground Package System, Inc. |
| TENNESSEE WESTERN | |
| TNW 2 05-2447 | Arthur Smith, et al. v. FedEx Corp., et al. |
| WISCONSIN EASTERN | |
| WIE 2 05-737 | Gary Lee Larson, et al. v. FedEx Ground Package System, Inc. |